UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC.,<br>　　　　Plaintiff,<br>　　v.<br>DAVID VINCENT LEWIS, et al.,<br>　　　　Defendants. | Case No. 16-cv-01110-JST<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br>Re: ECF No. 15 |

On May 9, 2016, Defendant Sandra Lewis filed a letter with the Court, seeking an extension of time to file an opposition brief to Plaintiff's Motion to Strike. ECF No. 15. The Court construes Defendant's letter as an administrative motion to extend time pursuant to Local Rule 6-3. So construed, Defendant's motion is granted. Defendant's deadline to file an opposition brief will be extended until fourteen days from the date of filing of this order. Plaintiff's reply brief, if any, will be due within seven days from the date of filing of Defendant's opposition brief. The case management conference, currently scheduled for June 8, 2016, is continued until June 30, 2016 at 2:00 p.m to coincide with the hearing on Plaintiff's Motion to Strike.

　　IT IS SO ORDERED.

Dated: May 13, 2016

_____
JON S. TIGAR
United States District Judge