UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MISSION TRADING COMPANY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-3368 |
| | § | |
| DAVID VINCENT LEWIS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending before the court is a memorandum and recommendation ("M&R") filed by Magistrate Judge Nancy Johnson. Dkt. 151. The Magistrate Judge recommends denying all pending dispositive motions. *Id.* No objections were filed. After reviewing the M&R, motions, responses, and applicable law, the court agrees with the Magistrate Judge that all pending dispositive motions should be denied without prejudice. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL and all pending dispositive motions are DENIED WITHOUT PREJUDICE.

Signed at Houston, Texas on March 19, 2018.

_____
Gray H. Miller
United States District Judge