United States District Court
Southern District of Texas
**ENTERED**
May 29, 2018
David J. Bradley, Clerk

SUNITA KAPOOR, LL.M (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile: (925) 831-9736

Specially appearing as Counsel for Sameer Misson
Sameer Misson, specially appearing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mission Trading Company, Inc., a California Corporation<br><br>Plaintiff<br><br>vs.<br><br>David Vincent Lewis, an individual, Sandra Gallagher Lewis, an individual, And DOES 1 – 10 inclusive<br><br>Defendants<br><br>And Related Counterclaim | Civil Action Case No. 4:16-CV-03368<br><br>**PROPOSED ORDER GRANTING EMERGENCY MOTION BY SAMEER MISSON SPECIALLY APPEARING FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO DEFENDANT'S SECOND AMENDED COUNTERCLAIM**<br><br>**MAGISTRATE NANCY K. JOHNSON** |

Sameer Misson, specially appearing, emergency motion to extend the time for filing responsive pleadings to Defendants second amended counterclaim having been considered by the Court, and for GOOD CAUSE APPEARING:

The Court agrees to continue the date to which Sameer Misson, specially appearing must file responsive pleadings to Defendants second amended counterclaim to June 22, 2018.

IT IS SO ORDERED.

DATED: 5-29-, 2018.

_____
MAGISTRATE NANCY K. JOHNSON