Kira A. Schlesinger, Esq. (SB CA: 205357; AZ: 023450)
**SCHLESINGER CONRAD LAW FIRM**
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, Arizona 85027
Tel: 602-812-3661
Fax: 480-522-3674
E-Mail: docket@schlesingerconrad.com

*Pro Hac Vice*
*Attorney for Defendants*
*Sandra Gallagher Lewis*
*And David Vincent Lewis*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MISSION TRADING COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA GALLAGHER LEWIS, individually; DAVID VINCENT LEWIS, individually; DOES 1 – 10, inclusive,<br><br>    Defendants.<br>_____<br>SANDRA GALLAGHER LEWIS, individually; DAVID VINCENT LEWIS, individually;<br><br>    Counterclaimants,<br><br>MISSION TRADING COMPANY, INC., a California corporation; SAMEER AND JANE/JOHN DOE MISSON, a married couple a married couple and fictitiously named spouse; DOES 1-100, inclusive;<br><br>    Counterdefendants.<br>_____ | CASE NO.:  4:16-CV-03368<br><br>DEFENDANT AND COUNTERCLAIMANTS' OBJECTION TO PLAINTIFF'S AND THIRD-PARTY DEFENDANT'S REPRESENTATION OF NO OPPOSITION AS REPRESENTED IN DOCKETS 184 AND 185<br>[Pertaining to Dkt 181 and 182]<br> [Hon. Gray H. Miller;<br>Magistrate Nancy K Johnson] |

Defendants and Counterclaimants object to Plaintiff's and Sameer Misson's representation of no opposition to Docket Nos. 181 and 182, as represented in Docket 184 and 185 filed this date.  Local Rule 7.3 and 7.4 for United State District Court for the



SCHLESINGER CONRAD LAW FIRM
3936 E. DESERT COVE AVENUE, 1ST FL., PHOENIX, AZ 85028

1  Southern District of Texas make it clear that a response to the pleadings filed by Sameer

2  Misson is due before submission to the Court which is 21 days from date the motion is

3  filed. Specifically, the relevant sections state:

4   LR7.3 Submission. Opposed motions *will be submitted to the judge 21 days* from filing without notice from the clerk and

5   without appearance by counsel. (Amended by General Order 2009-17, effective December 1, 2009).

6   LR7.4 Responses. Failure to respond will be taken as a

7   representation of no opposition. Responses to motions
    A. *Must be filed by the submission day*;

8   B. Must be written;
    C. Must include or be accompanied by authority; and
    D. Must be accompanied by a separate form of order denying

9   the relief sought.

10      As reflected in the docket, and acknowledged by opposing party, the motions were

11  filed by Sameer Misson on June 22, 2018.  The submission date is 21 days after that or

12  July 13, 2018.  There is no good faith basis in law or fact for the submissions asserting no

13  opposition, and in fact an opposition will be filed.

14

15  Dated: <u>July 9, 2018</u>          **SCHLESINGER CONRAD LAW FIRM**

16

17                            BY: <u>   Kira A. Schlesinger      </u>
                              Attorneys of Record for Defendants,

18                            Counterclaimants and Third Party Plaintiffs
                              David and Sandra Lewis

19

20  E-Filed, and served, via ECF on July 9, 2018, as follows:

21

22  Sunita Kapoor, Esq.
    Law Offices of Sunita Kapoor

23  4115 Blackhawk Plaza Circle, Suite 100
    Danville CA, 94506

24  E-Mail: Sunita Kapoor skapoorlaw@gmail.com

25
    *Attorney for Plaintiff/Counterdefendants*
26  *Mission Trading Company, Inc. and Sameer Misson*

27

28



**SCHLESINGER CONRAD LAW FIRM**
3936 E. DESERT COVE AVENUE, 1ST FL., PHOENIX, AZ 85028